IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**ANTONIO YORDAN, et al.,**
**Plaintiffs**

v.                                                                                   **CIVIL NO. 06-1286(DRD)**

**BURLEIGH POINT LTD.**
d/b/a "Billabong"

| MOTION | ORDER |
|---|---|
| **Date Filed: 09/02/03**<br>**Docket #84**<br>[X] **Plaintiff**<br>[] **Defendant**<br>**Title:** Request for Entry of Default | **GRANTED.** The Clerk of Court is **INSTRUCTED** to enter Default against co-defendant Burleigh Point LTD., d/b/a Billabong. |
| **Date Filed: 10/02/03**<br>**Docket #86**<br>[] **Plaintiff**<br>[X] **Defendant**<br>**Title:** Motion Requesting Extension of Time to Answer the Complaint | **DENIED/MOOT.** See ruling for motion at Docket Entry No. 5. Should defendant seek to set aside the Entry of Default, its motion shall fully comply with the requisites set forth in *Coon v. Greenier*, 867 F.2d 73, 76 (1st Cir. 1989). Defendant is granted until **July 6, 2006,** to file its motion moving the Court to set aside the Entry of Default, and to submit its tendered Answer to the Complaint. **Absolutely any request for an extension of time shall be SUMMARILY DENIED.** |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 19th day of June 2006.

                                                **S/DANIEL R. DOMINGUEZ**
                                                **DANIEL R. DOMINGUEZ**
                                                **U.S. DISTRICT JUDGE**